UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ X

ZWANENBERG FOOD GROUP (USA), INC.,          :
                                                                           :
                                                                           :
                              Plaintiff,                          :
                                                                           :          Docket No. _____
       -against-                                                 :
                                                                           :          JURY TRIAL DEMANDED
TYSON REFRIGERATED PROCESSED          :
MEATS, INC.,                                                  :
                                                                           :
                              Defendant.                        :
------------------------------------------------------------------ X

**PLAINTIFF ZWANENBERG FOOD GROUP (USA), INC.'S FED.R.CIV.P. 7.1**
**CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff, Zwanenberg Food Group

(USA), Inc. ("ZFG"), makes the following disclosure:

ZFG states that its parent company is Zwanenberg Food Group, B.V., a privately held

Dutch company, and that no publicly held corporation owns 10% or more of its stock.


MORRISON COHEN  LLP                        BAYARD, P.A.

Edward P. Gilbert (eg3730)                    Peter B. Ladig (pl3513)
Ethan R. Holtz (eh3324)                        Stephen B. Brauerman (sb4952)
909 Third Avenue                                  222 Delaware Avenue, Suite 900
New York, New York 10022                   P.O. Box 25130
(212) 735-8600                                       Wilmington, Delaware 19899
                                                              (302) 655-5000
                                                              pladig@bayardlaw.com
                                                              sbrauerman@bayardlaw.com


Dated May 30, 2008                              Attorneys for Plaintiff

{01009036;v1}