AO 440 (Rev. 03/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| Zwanenberg Food Group (USA), Inc. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. ▶ 0 8 ‑ 3 2 9 |
| Tyson Refrigerated Processed Meats, Inc. ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    Tyson Refrigerated Processed Meats, Inc.
    c/o The Corporation Trust Company
    Corporation Trust Center, 1209 Orange Street
    Wilmington, DE 19801


A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Peter B. Ladig, Esq., Bayard, P.A.
    222 Delaware Avenue, P.O. Box 25130
    Wilmington, Delaware 19899


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO

| | |
|---|---|
| | Name of clerk of court |
| Date: __6/2/08__ | _Bett Zinc_ |
| | Deputy clerk's signature |


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____6/4/08_____ ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____Scott LaScala - Section Head_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

Date: ___6/5/08___

_____
Server's signature

John Ritter
_____
Printed name and title

230 N Market St, Wilm DE 19801
_____
Server's address