UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
ZWANENBERG FOOD GROUP (USA), INC., :
:
:
:
Plaintiff, :
: Docket No. 1:08-cv-329 (SLR)
-against- :
: JURY TRIAL DEMANDED
TYSON REFRIGERATED PROCESSED :
MEATS, INC., :
:
:
Defendant. :
------------------------------------------------------------ X

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of Edward P. Gilbert and Ethan R. Holtz of Morrison Cohen LLP to represent Zwanenberg Food Group (USA), Inc. in the above captioned matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

| | |
|---|---|
| OF COUNSEL: | BAYARD, P.A. |
| | |
| | */s/ Stephen B. Brauerman* |
| Edward P. Gilbert (*pro hac* pending) | Peter B. Ladig (No. 3513) |
| Ethan R. Holtz (*pro hac* pending) | Stephen B. Brauerman (No. 4952) |
| Morrison Cohen LLP | 222 Delaware Avenue, Suite 900 |
| 909 Third Avenue | P.O. Box 25130 |
| New York, New York 10022 | Wilmington, DE 19899-5130 |
| (212) 735-8600 | pladig@bayardfirm.com |
| | sbrauerman@bayardfirm.com |
| | (302) 655-5000 |
| Dated: June 11, 2008 | |
| | Counsel for Plaintiff Zwanenberg Food Group (USA), Inc. |

{01028636;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

June 4, 2008

Edward P. Gilbert, Esquire
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600

*Attorneys for Plaintiff*
*Zwanenberg Food Group (USA), Inc.*

#1294714 v1 \99999 \111

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules.

June 4, 2008

_____
Ethan R. Holtz, Esquire
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600

Attorneys for Plaintiff Zwanenberg Food Group (USA), Inc.

## CERTIFICATE OF SERVICE

I, Stephen B. Brauerman, Esquire hereby certify that on the 11th day of June, 2008, a true and correct copy of the foregoing **Motion and Order for Admission *Pro Hac Vice*** has been served upon the following parties as indicated.

### VIA HAND DELIVERY

Tyson Refrigerated Processed Meats, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ X
ZWANENBERG FOOD GROUP (USA), INC.,    :
                                       :
                                       :
                       Plaintiff,      :
                                       :    Docket No. 1:08-cv-329 (SLR)
    -against-                          :
                                       :    JURY TRIAL DEMANDED
TYSON REFRIGERATED PROCESSED           :
MEATS, INC.,                           :
                                       :
                       Defendant.      :
------------------------------------------------------------------ X

## PROPOSED ORDER

IT IS HEREBY ORDERED this _____ day of June, 2008, that the foregoing application of Edward P. Gilbert and Ethan R. Holtz for admission to practice in this action *pro hac vice* is GRANTED.

_____
The Honorable Sue L. Robinson
United States District Judge

{01031965;v1}