IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZWANENBERG FOOD GROUP (USA) INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 08-329 (SLR) |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| TYSON REFRIGERATED PROCESSED MEATS, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Zwanenberg Food Group (USA) Inc. and Defendant Tyson Refrigerated Processed Meats, Inc., subject to the approval of the Court, that the time within which Defendant may move, answer or otherwise respond move with respect to Plaintiff's Complaint is extended by two weeks to July 8, 2008. The parties enter into this Stipulation subject to and without waiving any rights and/or defenses.

BAYARD, P.A.

By: _____
Peter B. Ladig (#3513)
Steven B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
pladig@bayardfirm.com
sbrauerman@bayardfirm.com
*Attorneys for Plaintiff Zwanenberg Food Group (USA) Inc.*

POTTER ANDERSON & CORROON LLP

By: _____
W. Harding Drane, Jr. (#1023)
Jennifer C. Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
wdrane@potteranderson.com
jwasson@potteranderson.com
*Attorneys for Defendant Tyson Refrigerated Processed Meats, Inc..*

SO ORDERED, this _____ day of _____, 2008.

_____
Judge