## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZWANENBERG FOOD GROUP (USA) INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 08-329 (SLR) |
| v. | ) ) | JURY TRIAL DEMANDED |
| TYSON REFRIGERATED PROCESSED MEATS, INC., | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT TYSON REFRIGERATED PROCESSED MEATS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, I hereby certify that Tyson Foods, Inc., a publicly held company, through certain of its non-public direct and indirect subsidiaries, is the ultimate owner of defendant Tyson Refrigerated Processed Meats, Inc. By submitting this Rule 7.1 Disclosure Statement, defendant Tyson Refrigerated Processed Meats, Inc. does not waive any rights and/or defenses.

Respectfully submitted,

POTTER ANDERSON & CORROON

By: _____

W. Harding Drane, Jr. (#1023)
Jennifer C. Wasson (#4933)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19889-0951
Telephone: (302) 984-6000
wdrane@potteranderson.com
jwasson@potteranderson.com
*Attorneys for Tyson Refrigerated Processed Meats, Inc.*

Dated: June 23, 2008
870946/32021-001