# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
ZWANENBERG FOOD GROUP (USA), INC.,        :
                                          :
                                          :
             Plaintiff-                   :
             Counterclaim Defnedant,      :
                                          :    C.A. No. 1:08-cv-329 (SLR)
    -against-                             :
                                          :    JURY TRIAL DEMANDED
TYSON REFRIGERATED PROCESSED              :
MEATS, INC.,                              :
                                          :
                                          :
             Defendant.                   :
---------------------------------------------------------------- X

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Zwanenberg Food Group (USA) Inc. and Defendant Tyson Refrigerated Processed Meats, Inc., subject to the approval of the Court, that the time within which Plaintiff may move, answer or otherwise respond with respect to Defendant's Counterclaims is extended by one week to August 4, 2008. The parties enter into this Stipulation subject to and without waiving any rights and/or defenses.

{BAY:01083435v1}

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| By: /s/ Peter B. Ladig<br>    Peter B. Ladig (#3513)<br>    Steven B. Brauerman (#4952)<br>    222 Delaware Avenue, Suite 900<br>    P.O. Box 25130<br>    Wilmington, Delaware 19899<br>    (302) 655-5000<br>    pladig@bayardfirm.com<br>    sbrauerman@bayardfirm.com<br>*Attorneys for Plaintiff Zwanenberg Food Group (USA) Inc.* | By: /s/ W. Harding Drane, Jr.<br>    W. Harding Drane, Jr. (#1023)<br>    Jennifer C. Wasson (#4933)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    wdrane@potteranderson.com<br>    jwasson@potteranderson.com<br>*Attorneys for Defendant Tyson Refrigerated Processed Meats, Inc.* |

SO ORDERED this ____ day of ____, 2008

_____
Judge

{BAY:01083435v1}