IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ZWANENBERG FOOD GROUP (USA) INC., | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 08-329-SLR |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| TYSON REFRIGERATED PROCESSED MEATS, INC., | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned counsel for Defendant Tyson Refrigerated Processed Meats, Inc., hereby certifies that true and correct copies of the following documents were caused to be served on August 22, 2008, upon the following attorneys of record as indicated below:

> INITIAL DISCLOSURES OF DEFENDANT TYSON REFRIGERATED PROCESSED MEATS, INC. PURSUANT TO FEDERAL RULE 26(a)

*__Via Electronic Email and Hand Delivery__*

Steven B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
sbrauerman@bayrdfirm.com

*__Via U.S. Mail and Electronic Email__*

Edward P. Gilbert, Esquire
909 Third Avenue
New York, NY  10022-4731
egilbert@morrisoncohen.com

2

                    POTTER ANDERSON & CORROON LLP

By:  /s/ *Jennifer C. Wasson*
     W. Harding Drane, Jr. (#1023)
     Jennifer C. Wasson (#4933)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     P.O. Box 951
     Wilmington, DE 19899-0951
     (302) 984-6000
     wdrane@potteranderson.com
     jwasson@potteranderson.com

Dated: August 22, 2008
879521/32021-001

*Attorneys for Tyson Refrigerated Processed Meats, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Jennifer C. Wasson, hereby certify that on August 22, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 22, 2008, the attached document was served to the following person(s) in the manner indicated below:

***Via Electronic Email and Hand Delivery***

Steven B. Brauerman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
sbrauerman@bayrdfirm.com

***Via U.S. Mail and Electronic Email***

Edward P. Gilbert, Esquire
909 Third Avenue
New York, NY 10022-4731
egilbert@morrisoncohen.com

POTTER ANDERSON & CORROON LLP

By: /s/ Jennifer C. Wasson
W. Harding Drane, Jr. (#1023)
Jennifer C. Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
wdrane@potteranderson.com
jwasson@potteranderson.com

*Attorneys for Tyson Refrigerated Processed Meats, Inc.*

879612/32021-001