UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZWANENBERG FOOD GROUP (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> TYSON REFRIGERATED PROCESSED MEATS, INC. <br><br> Defendant. | Civil Action No. 1:08-329 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 22, 2008, copies of Plaintiff's Rule 26(a)(1) Initial Disclosures were served as shown:

**BY EMAIL AND BY HAND**
W. Harding Drane, Jr. (#1023)
Jennifer C. Wasson (#4933)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
egilbert@morrisoncohen.com

Dated: August 22, 2008

BAYARD, P.A.

/s/ Stephen B. Brauerman (sb4952)
Peter B. Ladig (pl3513)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
pladig@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Zwanenberg Food Group, USA, Inc.*

{BAY:01132095v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 22, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

W. Harding Drane, Jr. (#1023)
Jennifer C. Wasson (#4933)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

                                        /s/ Stephen B. Brauerman (sb4952)
                                        Stephen B. Brauerman (sb4952)