UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZWANENBERG FOOD GROUP (USA) INC., <br><br> Plaintiff, <br><br> v. <br><br> TYSON REFRIGERATED PROCESSED MEATS, INC. <br><br> Defendant. | Civil Action No. 1:08-329 SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 29, 2008, copies of Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's First Set of Requests for Production of Documents to Defendant were served as shown:

**BY EMAIL AND BY HAND**
W. Harding Drane, Jr. (#1023)
Jennifer C. Wasson (#4933)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Of Counsel:

Edward P. Gilbert, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
egilbert@morrisoncohen.com

Dated: August 29, 2008

BAYARD, P.A.

/s/ Peter B. Ladig (pl3513)
Peter B. Ladig (pl3513)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, 9th Floor
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
pladig@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Zwanenberg Food Group, USA, Inc.*

{BAY:01137532v1}

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 29, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

W. Harding Drane, Jr. (#1023)
Jennifer C. Wasson (#4933)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

/s/ Peter B. Ladig    (pl3513)
Peter B. Ladig (pl3513)