IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZWANENBERG FOOD GROUP (USA) INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>TYSON REFRIGERATED PROCESSED MEATS, INC. )<br><br>Defendant. ) | C. A. No. 1:08-329 SLR<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned counsel for Defendant Tyson Refrigerated Processed Meats, Inc. hereby certifies that on August 29, 2008, Defendant Tyson Refrigerated Processed Meats, Inc.'s First Set of Requests for Production Directed to Plaintiff and Defendant Tyson Refrigerated Processed Meats, Inc.'s First Set of Interrogatories Directed to Plaintiff were served upon counsel listed on the attached Certificate of Electronic Service via electronic email and by Hand Delivery upon the Delaware counsel of record.

POTTER ANDERSON & CORROON LLP

By: /s/ W. Harding Drane, Jr.
W. Harding Drane, Jr. (No. 1023)
Jennifer C. Wasson (No. 4933)
Hercules Plaza – Sixth Floor
1313 North Market Street - Sixth Floor
Wilmington, DE 19802
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Attorneys for Defendant Tyson Refrigerated Processed Meats, Inc.*

Dated: August 29, 2008
879385/32021-001

## CERTIFICATE OF SERVICE

W. Harding Drane, Jr., hereby certifies that, on the 29th day of August, 2008, he caused to be filed, with the United States District Court, District of Delaware, an electronic version of the within document, and to be served in the manner indicated below:

***Via Electronic Email and Hand Delivery***
Steven B. Brauerman, Esquire
Peter Benson Ladig, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
sbrauerman@bayardfirm.com
pladig@bayardfirm.com

***Via U.S. Mail and Electronic Email***
Edward P. Gilbert, Esquire
909 Third Avenue
New York, NY  10022-4731
egilbert@morrisoncohen.com

/s/ W. Harding Drane, Jr.
W. Harding Drane, Jr. (No.1023)

873089/32021-001