IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ X
ZWANENBERG FOOD GROUP (USA), INC.,           :
                                             :
                                             :
            Plaintiff-                       :
            Counterclaim Defendant,          :
                                             :   C.A. No. 1:08-cv-329 (SLR)
    -against-                                :
                                             :   JURY TRIAL DEMANDED
TYSON REFRIGERATED PROCESSED                 :
MEATS, INC.,                                 :
                                             :
                                             :
            Defendant.                       :
------------------------------------------------------------------ X

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Zwanenberg Food Group (USA) Inc. and Defendant Tyson Refrigerated Processed Meats, Inc., and subject to the approval of the Court, that

1.  The time within which Plaintiff may respond to Defendant's Motion for Partial Judgment on the Pleadings is extended by one week to September 15, 2008, and

2.  The time within which Defendant may reply to Plaintiff's response is extended one week until October 2, 2008.

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Stephen B. Brauerman (#4952)<br>    Peter B. Ladig (#3513)<br>    Stephen B. Brauerman (#4952)<br>    222 Delaware Avenue, Suite 900<br>    P.O. Box 25130<br>    Wilmington, Delaware 19899<br>    (302) 655-5000<br>    pladig@bayardfirm.com<br>    sbrauerman@bayardfirm.com<br>*Attorneys for Plaintiff Zwanenberg Food Group (USA) Inc.* | By: /s/ W. Harding Drane, Jr. (#1023)<br>    W. Harding Drane, Jr. (#1023)<br>    Jennifer C. Wasson (#4933)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE 19899-0951<br>    (302) 984-6000<br>    wdrane@potteranderson.com<br>    jwasson@potteranderson.com<br>*Attorneys for Defendant Tyson Refrigerated Processed Meats, Inc.* |

SO ORDERED this ____ day of ____, 2008

_____
Judge