**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

ZWANENBERG FOOD GROUP (USA) INC.,  :

         Plaintiff,  :

      v.  :      Civ. No. 08-329-LPS

TYSON REFRIGERATED PROCESSED  :
MEATS, INC.,  :

         Defendant.  :

---

**ORDER**

At Wilmington this 27th day of February, 2009, for the reasons set forth in the opinion of this same date,

IT IS HEREBY ORDERED that defendant's motion for partial judgment on the pleadings (D.I. 11) is DENIED.

 

_____
United States Magistrate Judge